**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10460 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-01388-ROS |
| v. | |
| JOSE MANUEL MEDINA-MOLINA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John A. Jarvey, District Judge, Presiding[**]

Submitted September 23, 2014[***]

Before:    W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Jose Manuel Medina-Molina appeals from the district court's judgment and

challenges his guilty-plea conviction and 32-month sentence for reentry of a

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa, sitting by designation.

[***]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*,

386 U.S. 738 (1967), Medina-Molina's counsel has filed a brief stating that there

are no grounds for relief, along with a motion to withdraw as counsel of record.

Medina-Molina did not file a pro se brief in this court, but we have reviewed the

pro se brief that he submitted with his notice of appeal.  No answering brief has

been filed.

Medina-Molina has waived his right to appeal his conviction and sentence.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80

(1988), discloses no arguable issue as to the validity of the waiver.  *See United*

*States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss

the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**